Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
DUSTIN KIMBALL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN KIMBALL, ) | Case No.: 2:14-cv-02224-EFB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security. ) | |
| Defendant. ) | |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30-day extension of time, to and including April 11, 2015, in which to file his Motion for Summary Judgment.

///

///

///

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented or otherwise plead.

DATE: March 9, 2015          Respectfully submitted,

                                      ROHLFING & KALAGIAN, LLP

                                      /s/ *Marc V. Kalagian*

                          BY: _____
                                Marc V. Kalagian
                                Attorney for plaintiff Mr. Dustin Kimball

DATE:  March 9, 2015          BENJAMIN B. WAGNER
                                    United States Attorney

                                      /s/ *Ms. Marla Letellier, Esq.*

                          BY: _____
                                Ms. Marla Letellier, Esq.
                                Special Assistant United States Attorney
                                Attorneys for defendant Carolyn W. Colvin
                                |*authorized by e-mail|

**IT IS SO ORDERED**

DATED:  March 10, 2015.          _____
                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE