UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN KIMBALL, | No. 2:14-cv-2224-EFB |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On April 10, 2015, plaintiff's counsel, Marc V. Kalagian, filed a motion to withdraw as counsel for plaintiff and noticed the motion for hearing on May 20, 2015. ECF Nos. 14, 16. On April 30, 2015, plaintiff filed a proposed order substituting plaintiff, in pro se, as counsel of record. ECF No. 18. Plaintiff Dustin Kimball signed and indicated his consent to the proposed order of substitution.[1] *Id*. On May 5, 2015, the Commissioner filed a statement of non-opposition to the motion to withdraw as counsel. ECF No. 19.

Considering plaintiff's consent to Mr. Kalagian's motion to withdraw, and the Commissioner's statement of non-opposition, the motion is granted.

/////

---

[1] Local Rule 182(g) contemplates a substitution of *attorneys*, not a substitution of an attorney for a party proceeding pro se.

1

Accordingly, it is hereby ORDERED that:

1. The May 20, 2015 hearing on Mr. Kalagian's motion to withdraw as counsel is vacated and the Clerk is directed to terminate ECF No. 14.

2. Mr. Kalagian is granted leave to withdraw as counsel for plaintiff and is relieved of any continuing obligation in this case.

3. Plaintiff is ordered to do one of the following within 21 days from the date of this order:  (1) have new counsel file an appearance; or (2) file an appearance pro se.  The court cautions plaintiff that failure to comply with the Federal Rules of Civil Procedure, this court's Local Rules, or any court order may result in this action being dismissed.  *See* E.D. Cal., L.R. 110; Fed. R. Civ. P. 41.

4. The scheduling order, ECF No. 5, is modified as follows:

   a. Within 60 days of this order plaintiff shall file and serve his motion for summary judgment and/or remand.

   b. Within 30 days of service of plaintiff's motion for summary judgment and/or remand, the Acting Commissioner shall file her statement of non-opposition or cross-motion for summary judgment.

   c. Within 21 days thereafter, plaintiff may file an opposition or statement of non-opposition to any cross-motion.

DATED:  May 13, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE